James NOEL, Appellant,

v.

STATE of Missouri, Respondent.

No. 61675.

Missouri Court of Appeals,
Eastern District,
Division One.

March 16, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 20, 1993.

Application to Transfer Denied
May 25, 1993.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion after an evidentiary hearing. After reviewing the record, we find the motion court did not clearly err in such denial. We affirm pursuant to Rule 84.-16(b).

We further find no jurisprudential purpose would be served by a written opinion in this matter and dispose by summary order. Rule 30.25(b). We have provided the parties with a memorandum, for their use only, setting forth our reasons for our decision.

Christopher HICKS, Appellant,

v.

STATE of Missouri, Respondent.

No. 62062.

Missouri Court of Appeals,
Eastern District,
Division One.

March 16, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 20, 1993.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant pled guilty to one count of burglary in the second degree and one count of attempted stealing over $150. He was sentenced as a Class X offender. He appeals the denial of his 24.035 motion without an evidentiary hearing and from his sentence. We affirm per Rule 84.16(b) and Rule 30.-25(b). No error of law appears; the motion court's findings are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.